UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREDERIC A. YURISICH and VERA M. YURISICH,<br><br>　　　　　Defendants. | No. CR-06-058-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court for a pretrial conference; Now, therefore

**IT IS HEREBY ORDERED:**

1. Mr. Yurisiches' motion for reconsideration (**Ct. Rec. 55**) is denied as moot.

2. The Yurisiches' oral motion for a continuance of trial is denied.

3. By **4:00** p.m. on November **20**, 2006, the parties shall file motions in limine, if any.

3. By **4:00** p.m. on November **27**, 2006, the parties shall file proposed voir dire, proposed jury instructions, and lists of expected witnesses, together with each witness' community of residence.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___14th___ day of November, 2006.

　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　United States District Judge

ORDER - 1